## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **PRISCILLA LETT and RONALDREE LETT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:25-CV-00277-JB-C** |
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, JASON HANDLEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 27, 2025 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 12th day of November, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE